```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br>GUSTAVO ANGEL,               )<br>                             )<br>            Defendant.       )<br>_____) | CR.F. NO. 91-154 DLB<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF INFORMATION |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Information against the above-listed defendant, in the interest of justice.

DATED: April 11, 2006                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         By/s/ KATHLEEN A. SERVATIUS
                                         _____
                                         Assistant U.S. Attorney

        IT IS HEREBY ORDERED that the Information against Gustavo Angel is hereby dismissed and warrant recalled.

IT IS SO ORDERED.

**Dated:   April 12, 2006**              **/s/ Sandra M. Snyder**
icido3                                   UNITED STATES MAGISTRATE JUDGE

1